UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARJORIE THORNTON,

    *Plaintiff*,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

    *Defendant*.

CASE NO.   CV13-00401 BJR

ORDER GRANTING JUDGMENT FOR DEFENDANT

### ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S OBJECTIONS [21]

The Court, after consideration of the complaint, the parties' briefs, and the Report and Recommendation of the Honorable Mary Alice Theiler, does hereby find that:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's Objections to the Report and Recommendation restate Plaintiff's objections to the findings of the Commissioner, without undermining Judge Theiler's findings.

(3)    To the extent that Judge Theiler cited Exhibit 4E in the Administrative Record for support for her conclusion, this was merely additional illustrative support rather than a necessary element to her conclusion. Even if *Connett v. Barnhart*, 340 F.3d 871, 874 (9th Cir. 2003),

1

required its rejection, this does not undermine the conclusions of the Report and Recommendation.

(4) The final decision of the Commissioner is **AFFIRMED** and this case is dismissed with prejudice.

(5) The Clerk of the Court is respectfully directed to enter judgment for Defendant and close this case in its entirety. The Clerk of the Court is further directed to send copies of this Order to the parties and to Judge Theiler.

**IT IS SO ORDERED.**

DATED this 12th day of February, 2014.

*Barbara J. Rothstein*
_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE